UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03231
    DEBRA J NOVAK
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-0756


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/23/2007 and was confirmed 05/03/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/27/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES LLC | CURRENT MORTG | .00 | .00 | .00 |
| AURORA LOAN SERVICES LLC | MORTGAGE ARRE | 105152.55 | .00 | .00 |
| AURORA LOAN SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3856.47 | .00 | .00 |
| FLEET CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1244.28 | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CARD SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4170.36 | .00 | .00 |
| NICOR GAS | UNSECURED | 553.32 | .00 | .00 |
| TCF FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1795.18 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 313.41 | .00 | .00 |
| LAWRENCE J NOVAK | NOTICE ONLY | NOT FILED | .00 | .00 |
| DENNIS G KNIPP | DEBTOR ATTY | 2,500.00 | | 2,030.77 |
| TOM VAUGHN | TRUSTEE | | | 134.23 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,165.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,030.77 |
| TRUSTEE COMPENSATION | | 134.23 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 03231 DEBRA J NOVAK

```
DEBTOR REFUND                                                      .00
                        ---------------      ---------------
TOTALS                       2,165.00             2,165.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 12/27/07        _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE